IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case No.: 19-cv-02170 |
| QAMAR ABDULLAHI MOALIN, Individually and as Co-Administrator of the Estate of ABDULQADIR MOHAMED QASIM, Deceased, on behalf of all Surviving Beneficiaries; and NAIMA ABDULLAHI MOALIN, individually and as Co-Administrator of the Estate of ABDULQADIR MOHAMED QASIM, Deceased, and on behalf of all Surviving Beneficiaries,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware corporation;<br>ROSEMOUNT AREOSPACE, INC., a Delaware corporation;<br>ROCKWELL COLLINS, INC., a Delaware corporation,<br><br>    Defendants. | **SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT**<br><br><br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFFS QAMAR ABDULLAHI MOALIN, Individually and as Co-Administrator of the Estate of ABDULQADIR MOHAMED QASIM, Deceased, and on behalf of all Surviving Beneficiaries, and NAIMA ABDULLAHI MOALIN, individually and as Co-Administrator of the Estate of ABDULQADIR MOHAMED QASIM, Deceased, and on behalf of all Surviving Beneficiaries, COMPLAINS OF THE DEFENDANTS AND EACH OF THEM AS FOLLOWS:

1. Plaintiffs refer to and incorporate herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiffs hereby adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiffs incorporate by reference each of the Counts in the Master Complaint checked below:

*As* against THE BOEING COMPANY:

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against* ROSEMOUNT AEROSPACE, INC.:

☒ Count Five for Negligence

☒ Count Six for Strict Liability

2

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

### **PLAINTIFFS' INFORMATION:**

4. Decedent, ABDULQADIR MOHAMED QASIM, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

    QAMAR ABDULLAHI MOALIN, spouse of the decedent, Co-Administrator of the Estate of decedent and mother and natural guardian of decedent's minor children, minor son M.A.M. age 14; minor daughter A.M. age 13; minor daughter S.M. age 8; and minor son A.M. age 2; and

    NAIMA ABDULLAHI MOALIN, Co-Administrator of the Estate of ABDULQADIR MOHAMED QASIM, Deceased;

6. Plaintiffs are residents of England. Plaintiffs' decedent was a resident of England.

7. Decedent's Estate is represented in the following capacity:

☒ QAMAR ABDULLAHI MOALIN is Co-Administrator of the decedent's estate and is authorized to bring an action on behalf of the Decedent. QAMAR ABDULLAHI MOALIN was appointed as Co-Administrator by the High Court of Justice England and Wales, on December 19, 2019; NAIMA ABDULLAHI MOALIN is Co-Administrator of the decedent's estate and is authorized to bring an action on behalf of the Decedent. NAIMA ABDULLAHI MOALIN was appointed as Co-Administrator by the High Court of Justice England and Wales, on March 10, 2019

3

☐ Other (please describe):

_____.

### PLAINTIFF(S) DAMAGES:

8. Plaintiff(s) requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):
_____
_____

### ADDITIONAL ALLEGATIONS, IF ANY

9. Abdulqadir Mohamed Qasim was born on February 16, 1973 and died in the crash of ET302 on March 10, 2019 at the age of 46. Abdulqadir is survived by two sons (M.A.M. age 14 and A.M., age 2) and two daughters (A.M., age 13, and S.M., age 8), whom he supported and now must grow up without their father. Pursuant to Sharia law, Abudlqadir married Qamar Abdullahi Moalin on July 31st, 2004. Ms. Moalin is the mother of Abulqadir's four children and the Co-Administrator of his estate. Abdulqadir was a bus driver and a hard-working and dedicated provider, husband and father. His family now suffers the devastating loss of a devoted father and husband.

### DEMAND FOR JURY TRIAL

PLAINTIFF hereby demands a trial by jury as to all claims in this action.

Dated: Chicago, Illinois
April 10, 2020

          */s/ Todd A. Smith*
         One of the Attorneys for the Plaintiff

         Todd A. Smith
         Brian LaCien
         70 West Madison Street #5500
         Chicago, IL 60602
         Tel: 312-313-0202
         Email: tsmith@prslaw.com
         Email: blacien@prslaw.com

KREINDLER & KREINDLER LLP

Justin T. Green
Anthony Tarricone
Brian J. Alexander
Daniel O. Rose
Megan W. Benett
Andrew J. Maloney, III
Vincent C. Lesch
Kevin J. Mahoney
Erin R. Applebaum
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email:  jgreen@kreindler.com
Email:  atarricone@kreindler.com
Email:  balexander@kreindler.com
Email:  drose@kreindler.com
Email:  mbenett@kreindler.com
Email:  amaloney@kreindler.com
Email:  vlesch@kreindler.com
Email:  kmahoney@kreindler.com
Email:  applebaum@kreindler.com